United States District Court
District of South Dakota
Southern Division

20-4145

| United States of America, Plaintiff, vs. Lawrence A. Saffeels, Defendant. | CR 90-40038-01 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 |
|---|---|

Defendant, seeks the court's forbearance for the informal nature and appearance of his petition.

Since, March of 2020, the BOP has imposed a mandatory corona virus lock-down and currently this prison is under total "no movement" from cell status. Petitioners resources are therefore scant.

Upon receipt of the court's Memorandum Opinion and Order (dated: November 4th 2019), the defendant has dutifully followed those instructions down a torturous maze in pursuit of an administrative remedy exhaustion. Anyone surviving the process, would feel exactly that way when done. I am however, happy to report that I have followed Alice down that warren and out the other side.

The court has clearly stated the issues under review and made factual findings which are relevant. After a recommendation of the U.S. probation office, the factual finding of the court was that I be given 153 days prior credit. The Supreme Court's vacate of the sentence under "Stinson", did not nullify the court's finding.

With application of prior jail credit, my release date should be November 25th 2020.

At my first sentencing, the government sought a life sentence, Judge Jones rejected that as unwarranted and too harsh. The sentencing transcript shows that given my age at 47, he expected me to be released in my mid sixties. I am now 73 years old. The government is close to its wish.

I believe the Intrest of Justice should mean something.

Respectfully Submitted:

[signature]

Lawrence A. Saffeels          Dated: September 28, 2020

Lawrence A. Saffeels, 07317-073
Federal Correctional Inst. Medium
Post Office Box 1000
White Deer, PA 17887



CERTIFIED MAIL

7020 0090 0001 2331 8170

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
SEP 28 2020
DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

United States District Court
District of South Dakota
Office of the Clerk
400 S. Phillips Ave. Room 128
Sioux Falls, South Dakota
57104-6851

Legal Mail

X-RAYED BY SOUTH DAKOTA CSO