Lawrence A. Saffeels (07317-073)
FCI Allenwood Medium
PO Box 2000
White Deer, PA

Chief Clerk
United States District Court
District of South Dakota
Room 128, Federal Building
400 South Phillips Avenue
Sioux Falls, South Dakota 57104

RE: U.S. v. Saffeels
CR 90-40078.01

Dear Clerk,

Enclosed please find a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and attached documents. I am at present under total cell confinement due to Corona Virus lockdown status.
I have no means to provide a copy to the U.S. Attorney's office. I would ask your indulgence and leave to file this document as is. I would also ask that their office be provided a copy, if the court requires that.
Thank you.

x [signature]
Lawrence A. Saffeels, 07317-073

Dated: September 28, 2020
White Deer, PA.